FILED

May 14 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ aishahs      DEPUTY

Anton Ewing (*pro se*)
3077 Clairemont Drive #372
San Diego, CA 92117
anton@antonewing.com.
(619)719-9640

Plaintiff

# THE UNITED STATES FEDERAL DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing, an individual, | Civil Case No.:   **'19CV910  GPC MDD** |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| DMJJ Construction, Inc, a California corporation | **TCPA 47 USC §227(b)(1)(A)**<br>**TCPA 47 USC §227(c)(5)** |
| Defendant. | |

Plaintiff Anton Ewing ("Plaintiff"), complains against Defendant DMJJ

Construction, Inc ("DMJJ") and alleges as follows:

### I.   INTRODUCTION

1.     DMJJ began harassing Plaintiff in December 2018.  As this Court knows,

Plaintiff can be very vocal toward telemarketers and this one was memorable.  To

put it mildly, Plaintiff *went off* on Defendant back on December 26, 2018 and was very clear about never telemarketing him ever again. Then Defendant sent a spam text message but it was disguised and there was no way of tracing it absent a subpoena. But a subpoena requires an active case and discovery must be opened after the Rule 26f conference which is not until 21 days prior to the ENE. Sure enough though, Defendant decided, wrongly, to call again and again. On the next call the Defendant actually admitted sending the spam text. Plaintiff responded to the text that Defendant sent on May 7, 2019 from 760-338-7284, with a string of explicatives to make sure they understood. They did not get the hint. Defendant called again.

2.     Defendant directly called Plaintiff on his DNC registered cell phone in violation of the TCPA.

3.     The TCPA causes of action (47 USC §227(b) and (c)) filed herein for, *inter alia*, illegal telemarketing to Plaintiff's DNC registered cellular phone and home phone through the use of an ATDS is expressly alleged against Defendant DMJJ Construction, Inc.

4.     DMJJ Construction, Inc has been illegally calling Mr. Ewing, without his consent, with autodialed and prerecorded calls ("robocalls") as well as "live-transfer" calls using an ATDS. Mr. Ewing brings this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), in hopes that an injunction

and damages will encourage DMJJ Construction, Inc, to change their ways. To be clear, Plaintiff is suing DMJJ for the directly dialed calls. There were other calls through lead generators but this lawsuit is for the direct autodialed calls.

## II. PARTIES

5.     Plaintiff Anton Ewing is a citizen of California who conducts business in California, in this District.

6.     Defendant DMJJ Construction, Inc, a California corporation with its corporate office in Anaheim, California, and is registered in and doing business in California including San Diego County.

## III. JURISDICTION AND VENUE

7.     This Court has federal-question subject matter jurisdiction over the Plaintiff's TCPA claims pursuant to 28 U.S.C. § 1331 because the TCPA is a federal statute. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 372 (2012).

8.     This Court has personal jurisdiction over DMJJ CONSTRUCTION, INC because a substantial part of the wrongful acts alleged in this Complaint were committed in California. For example, DMJJ CONSTRUCTION, INC made illegal telemarketing robocalls to Mr. Ewing, while he was in California.   DMJJ Construction, Inc has also subjected themselves to personal jurisdiction in California because they are running and abetting said criminal operation.  It is a crime to violate 47 USC §501 by violating 47 USC §227(b).  DMJJ Construction,

Inc through their dba's and agents, initiated the primary telemarketing calls to Plaintiff and then sold, transferred and provided the lead to DMJJ Construction, Inc marketers and others within the organization in a knowingly illegal manner.

9.      Plaintiff was called on cell phone of 619-719-9640 by DMJJ Construction, Inc.  Plaintiff was called multiple times beginning on or about December 2018, from 714-594-7318 and 657-331-2263, numbers owned, used and controlled by DMJJ Construction, Inc and its agents, with a prerecorded message which then transferred to a live human.  The initial part of the call was a pre-recorded message.  After many personal questions were asked and answered, the call was transferred to another DMJJ Construction, Inc person who repeated the same questions.   Defendant's employee asked is Plaintiff was interested in artificial turf.

10.     Plaintiff has expressly stated exactly what phone number Defendant used to call Plaintiff, as well as an exact date of one of the calls, to which number the calls were made, what was said on the call and that the call was made with an ATDS and prerecorded message.  All of this meets the particularity requirements for a cause of action.

11.     Plaintiff's phone number is not a business phone.

12.     Plaintiff's phone is registered on www.donotcall.gov and was done so more than 31 days prior to the first call.

13.     Defendant called Plaintiff on May 13, 2019 from 657-331-2263 at 6:07PM

to 619-719-9640.  Said call was solicitation.

## IV. TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227

14.     The TCPA provides a private cause of action to persons who receive calls in violation of § 227(b). 47 U.S.C. § 227(b)(3).

15.     The TCPA makes it unlawful to make telemarketing solicitations to telephone numbers on the National Do Not Call Registry. 47 U.S.C. § 227(c); 47 C.F.R. § 64.1200(c)(2).

16.     The TCPA provides a private cause of action to persons who receive calls in violation of § 227(c). 47 U.S.C. § 227(c)(5).

17.     Plaintiff Ewing alleges that Defendant DMJJ Construction, Inc placed repeated automated telephone calls to Plaintiff Ewing's cell phone (619-719-9640) from their phones and that the calls exhibited signs of being made with an Automated Telephone Dialing System, including repeated telemarketing calls to Plaintiff Ewing within a period of time from December 2018 to May 14, 2019 and the presence of a pause or click (which is proven by the recording), which is commonly associated with an Automated Telephone Dialing System (ATDS). Those allegations are true and are sufficient to establish the elements of a TCPA claim.  There was a long delay when the calls connected every time and Plaintiff heard a bubble popping sound right before the prerecorded message started.

## V. STANDING

18.     The court must evaluate lack of statutory standing under the Rule 12(b)(6)

standard. *Maya v. Centex Corp.*, 658 F.3d 1060, 1067 (9th Cir. 2011).  However,

because Plaintiff is proceeding pro se, his complaint "must be held to less stringent

standards than formal pleadings drafted by lawyers" and must be "liberally

construed." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (reaffirming

standard for pro se complaints post-*Twombly*). The Ninth Circuit has concluded

that the court's treatment of pro se filings after *Twombly* and *Iqbal* remain the same

and *pro se* pleadings must continue to be liberally construed. *Hebbe v. Pliler*, 627

F.3d 338, 342 (9th Cir. 2010); see also *McGowan v. Hulick*, 612 F.3d 636, 640-42

(7th Cir. 2010); *Bustos v. Martini Club Inc.*, 599 F.3d 458, 461-62 (5th Cir. 2010);

*Harris v. Mills*, 572 F.3d 66, 71-72 (2d Cir. 2009) (noting that even following

*Twombly* and *Iqbal*, "we remain obligated to construe a pro se complaint

liberally").

19.     Standing is proper under Article III of the Constitution of the United States

of America because Plaintiff's claims state:

    A. A valid injury in fact;

    B. which is traceable to the conduct of Defendant;

    C. and is likely to be redressed by a favorable judicial decision. See,

        *Spokeo, Inc. v. Robins*, 578 U.S.____(2016) at 6, and *Lujan v. Defenders*

*of Wildlife*, 504 U.S. 555 at 560.  In order to meet the standard laid out in *Spokeo* and *Lujan*, Plaintiffs must clearly allege facts demonstrating all three prongs above.

**The "Injury in Fact" Prong**

20.    Plaintiff's injury in fact, must be both "concrete" and "particularized" in order to satisfy the requirements of Article III of the Constitution, as laid out in *Spokeo (*Id.).  For an injury to be "concrete," it must be a de facto injury, meaning that it actually exists.  In the present case, Plaintiff was called on his cellular phone at least five times by Defendant.  In fact, Plaintiff expressly informed Defendant to cease and desist from all future telemarketing on the very first call.  Such calls are a nuisance, an invasion of privacy, and an expense to Plaintiff in multiple ways. *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 638 (7th Cir. 2012). Defendant's invasion of Plaintiff's right to privacy is further exacerbated by the fact that Plaintiff's phone number, at all times relevant to this litigation, was on the National Do-Not-Call Registry ( hereinafter, "DNC Registry").  As well, Plaintiff had no prior business relationship with Defendant prior to receiving the seriously harassing and annoying calls by DMJJ Construction, Inc.   All of Plaintiff's injuries are concrete and de facto. For an injury to be "particularized" means that the injury must "affect the plaintiff in a personal and individual way." *Spokeo, Inc. v. Robins,* 135 S.Ct. 1540, *578 U.S. ___ (2016)* at 14.  In the instant case, it was

Plaintiff's phone that was called and it was Plaintiff who answered the calls. It was Plaintiff's personal privacy and peace that was invaded by Defendant's persistent phone calls using an ATDS and a pre-recoded message, despite Plaintiff having no prior business relationship with Defendant and Plaintiff's attempt to avoid the damage by registering his number on the DNC Registry.

**The "Traceable to the Conduct of Defendant" Prong**

21.     The second prong required to establish standing at the pleadings phase is that Plaintiff must allege facts to show that their injury is traceable to the conduct of Defendant. In the instant case, this prong is met by the fact that the calls to Plaintiff's cellular phone and home phone (land line) were placed either by Defendant directly, or by Defendant's agent at the express direction and control of Defendant.   See *Jones v. Royal Admin. Servs., 866 F.3d 1100 (9th Cir. 2017)* ten factor test from the 9th Circuit and Civil code §2307.

**The "Injury is Likely to be Redressed by a Favorable Judicial Opinion" Prong**

22.     The third prong to establish standing at the pleadings phase requires Plaintiff to allege facts to show that the injury is likely to be redressed by a favorable judicial opinion. In the present case, Plaintiff's Prayers for Relief includes a request for damages for each call made by Defendant, as authorized by statute in 47 U.S.C. § 227. The statutory damages were set by Congress and specifically

redress the financial damages suffered by Plaintiff.  Furthermore, Plaintiff's Prayers for Relief request injunctive relief to restrain Defendant from the alleged abusive practices in the future. The award of monetary damages and the order for injunctive relief redress the injuries of the past and prevent further injury in the future. Because all standing requirements of Article III of the U.S. Constitution have been met, as laid out in *Spokeo, Inc. v. Robins*, 578 U.S. ___ (2016), Plaintiff has standing to sue Defendant on the stated claims.

23.    "...[C]ourts in the Ninth Circuit have held that "allegations of nuisance and invasions of privacy in TCPA actions are concrete" injuries that establish standing. See *Mbazomo v. ETourandtravel, Inc.*, 16-CV-2229-SB, 2016 U.S. Dist. LEXIS 170186, 2016 WL 7165693, at *2 (E.D. Cal. Dec. 8, 2016).  In *Mbazamo*, the court held that a violation of the TCPA represents a concrete injury because "[t]he history of sustaining claims against both unwelcome intrusion into a plaintiff's seclusion and unceasing debt-collector harassment are squarely 'harm[s] that [have] traditionally been regarded as providing a basis for a lawsuit.'" *Mbazomo*, 2016 U.S. Dist. LEXIS 170186, 2016 WL 7165693, at *2 (quoting *Spokeo*, 136 S.Ct. at 1549-50). The court declined to follow Romero, explaining that Romero "improperly erodes the pleading standard set under Fed. R. Civ. P. 8(a) . . . . A plaintiff [need only] plausibly tie the alleged acts of the defendant to the alleged

harms suffered." Id. *Messerlian v. Rentokil N. Am., Inc.* (C.D.Cal. Dec. 15, 2016, No. CV 16-6941-GW (GJSx)) 2016 U.S.Dist.LEXIS 175224, at *7-8.

24.     "To establish injury in fact, a plaintiff must show that he or she suffered 'an invasion of a legally protected interest' that is 'concrete and particularized' and 'actual or imminent, not conjectural or hypothetical.'" *Spokeo*. at 1548 (quoting *Lujan*, 504 U.S. at 560).  The Supreme Court noted that concreteness is quite distinct from particularization. *Id.* An injury is "particularized" if it affects "the plaintiff in a personal and individual way." *Id.* In addition, for an injury to be "concrete", it must be "de facto," meaning that it is "real" and not "abstract." *Id.* However, an injury need not be "tangible" in order to be "concrete," and intangible injuries may constitute injury in fact. *Id.* at 1549. In order to determine whether an intangible harm constitutes injury in fact, *Spokeo* provided two factors to be considered: "history and the judgment of Congress." *Id.* at 1549. Specifically, "(1) whether the statutory violation bears a 'close relationship to a harm that has traditionally been regarded as providing a basis for a lawsuit in English or American courts,' and (2) congressional judgment in establishing the statutory right, including whether the statutory right is substantive or procedural." *Matera v. Google*, No. 15cv 4062-LHK, 2016 WL 5339806, at *9 (N.D. Cal. Sept. 23, 2016). *Spokeo* also held that "the violation of a procedural right granted by statute can be sufficient in some circumstances to constitute injury in fact." *Spokeo*, 136 S. Ct. at

1549.  In such a case, a plaintiff "need not allege any additional harm beyond the one [the legislature] has identified." *Id.*

25.     Here, Plaintiff alleges that Defendant DMJJ Construction, Inc contacted him using a "telephone dialing system."  This is insufficient standing alone, but as in *Charkchyan* and *Kramer*, Plaintiff alleges sufficient additional facts. First, each of the calls are available to the Court as audio recordings of the robotic voice message that initiated the calls. Second, the calls are impersonal advertisements: they do not address Plaintiff personally and they advertise Defendant DMJJ's product. Third, Plaintiff declares that he has never heard of Defendant DMJJ, visited any location operated by said Defendant prior to the harassing and annoying calls, nor provided his cellular telephone numbers to said Defendant or consented to receive calls from Defendant.  Plaintiff also has had no prior business relationship with Defendant. Plaintiff had no reason to be in contact with Defendant DMJJ nor has he ever purchased any kind of product or service. Plaintiff's allegations are sufficient to establish that Defendant used ATDS in sending their prerecorded solicitation messages.  Plaintiff does not own a home and therefore could not possibly purchase artificial turf from Defendant.

26.     In Plaintiff's case, the allegations establish that he did not give prior express consent.  He declared that he was "the regular user and subscriber to the cellular telephone number at issue."  He also declared that he has "never heard of

[Defendant], visited any location operated by [Defendant], provided [his] cellular telephone number to [Defendant] or consented to receive text messages from [Defendant]."  As in *Charkchyan*, these allegations are sufficient to support Plaintiff's claims that he did not give prior express consent authorizing Defendant to send the prerecorded messages.

## VI. FACTUAL ALLEGATIONS

### A. DMJJ Construction, Inc

27.      One of DMJJ CONSTRUCTION, INC's strategies for marketing its services is placing telemarketing robocalls to those who have not consented to receive such solicitations, including Plaintiff.

28.      DMJJ CONSTRUCTION, INC uses equipment that has the capacity to store or produce random or sequential telephone numbers to be called and that includes autodialers and predictive dialers (each an "automatic telephone dialing system" or "ATDS").

### B. Plaintiff

29.      Plaintiff Anton Ewing is, and at all times mentioned herein was, a "person" as defined by 47 U.S.C. § 153(39).

### C. Telephone numbers 619-719-9640

30.      A phone number beginning 619-719-9640 is registered to Mr. Ewing.

31.      619-719-9640 is on the National Do Not Call Registry.

32.     Mr. Ewing answers calls made to 619-719-9640.

33.     Mr. Ewing pays the phone bills for 619-719-9640.

## VII. FIRST CLAIM FOR RELIEF

### (Non-Emergency Robocalls to Cellular Telephones, 47 U.S.C. § 227(b)(1)(A))

34.     Plaintiff reallege and incorporate by reference each and every allegation set forth in the preceding paragraphs.

35.     The foregoing acts and omissions of DMJJ CONSTRUCTION, INC and/or its affiliates or agents constitute multiple violations of the TCPA, 47 U.S.C. § 227(b)(1)(A), by making non-emergency telemarketing robocalls to the cellular telephone number of Plaintiff without prior express written consent.

36.     The defendant in this matter is vicariously liable for the acts and actions of the lead source under the *Gomez* case from the US Supreme Court handed down on January 20, 2016.  Discovery will reveal the name of the lead agent.  DMJJ controlled the lead agent and had actual knowledge of the TCPA violations.  The three other TCPA lawsuits are evidence of this knowing and willful conduct.

37.     Plaintiff is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(b)(3)(B).

38.     Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(b)(3).

39.     Plaintiff also seeks a permanent injunction prohibiting DMJJ

CONSTRUCTION, INC and its affiliates and agents from making non-emergency

telemarketing robocalls to cellular telephone numbers without prior express written

consent of the called party.

### VIII. SECOND CLAIM FOR RELIEF

### (Non-Emergency Robocalls to Telephones, 47 U.S.C. § 227(b)(1)(B))

40.     Mr. Ewing realleges and incorporates by reference each and every allegation

set forth in the preceding paragraphs.

41.     The foregoing acts and omissions of DMJJ CONSTRUCTION, INC and/or

its affiliates or agents constitute multiple violations of the TCPA, 47 U.S.C. §

227(b)(1)(B), by making non-emergency prerecorded telemarketing calls to the

personal telephone 619-719-9640 number of Mr. Ewing without prior express

written consent.

42.     Mr. Ewing is entitled to an award of at least $500 in damages for each such

violation. 47 U.S.C. § 227(b)(3)(B).

43.     Mr. Ewing is entitled to an award of up to $1,500 in damages for each such

knowing or willful violation. 47 U.S.C. § 227(b)(3).

44.     Mr. Ewing also seeks a permanent injunction prohibiting DMJJ

CONSTRUCTION, INC, and its affiliates and agents from making non-emergency

prerecorded telemarketing calls to residential telephone numbers without prior express written consent of the called party.

## IX. THIRD CLAIM FOR RELIEF

**(Telemarketing Solicitations to National Do Not Call Registrants, 47 U.S.C. § 227(c))**

45.     Plaintiff realleges and incorporate by reference each and every allegation set forth in the preceding paragraphs.

46.     The foregoing acts and omissions of DMJJ CONSTRUCTION, INC and/or its affiliates or agents constitute multiple violations of the TCPA, 47 U.S.C. § 227(c), by making telemarketing solicitations to residential and wireless telephone numbers listed on the Federal Government's National Do Not Call Registry. 47 C.F.R. §64.1200(c)(2).

47.     Plaintiff is entitled to an award of at least $500 in damages for each such violation. 47 U.S.C. § 227(c)(5)(B).

48.     Plaintiff is entitled to an award of up to $1,500 in damages for each such knowing or willful violation. 47 U.S.C. § 227(c)(5).

49.     Plaintiff also seeks a permanent injunction prohibiting DMJJ CONSTRUCTION, INC and its affiliates and agents from making telemarketing solicitations to residential and wireless telephone numbers listed on the Federal Government's National Do Not Call Registry.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for this Honorable Court to enter judgment against all Defendant as follows:

A. Leave to amend this Complaint to conform to the evidence presented at trial;

B. A declaration that actions complained of herein by DMJJ CONSTRUCTION, INC violate the TCPA;

C. For statutory damages in the amount of $5,000 per violation pursuant to California Penal Code §637.2(a)(1) or, if greater, three times actual damages as provided in California Penal Code §637.2(a)(2);

D. $500 plus threefold damages for intentional or willful violation of the Do-Not-Call Registry for each and every call;

E. For a preliminary and permanent injunction to restrain further violations of the CIPA, pursuant to California Penal Code §637.2(b);

F. For an injunction prohibiting all Defendant from ever contacting Plaintiff ever again in any manner whatsoever, including spam texting, robodialing, and spam emailing;

G. $1,500 for each violation of 16 CFR §610.4(b)(iii)(B) initiating a call to a DNC registered number;

H. $1,500 for each violation of 47 CFR §64.1601(3) caller ID spoofing;

I. $1,500 for each violation of 47 CFR §64.1200(d)(1) failure to provide copy of written do not call policy;

J.   $1,500 for each violation of 47 CFR §64.1200(b)(1) failure to state name of business at beginning of call;

K.   $1,500 for each violation of 47 USC §227(b)(1)(A)(iii) willful or knowing call to cellular phone;

L.   $1,500 for each violation of 47 USC §227(b)(1) for using an ATDS;

M.  $1,500 for each violation of 47 USC §227(c) and (d) for calling a phone number on the DNC registry; and

N.   For any other relief that the Court deems just and proper.

## XI. DEMAND FOR JURY

Plaintiff demands a trial by jury for all issues so triable.

Dated:  May 14, 2019

Anton Ewing,
Plaintiff

```
DUPLICATE

Court Name: USDC California Southern
Division: 3
Receipt Number: CAS111794
Cashier ID: asepulve
Transaction Date: 05/14/2019
Payer Name: EWING, ANTON
---------------------------------
CIVIL FILING FEE
 For: EWING, ANTON
 Case/Party: D-CAS-3-19-CV-000910-GPC
 Amount:       $400.00
---------------------------------
CREDIT CARD
 Amt Tendered:  $400.00
---------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00



There will be a fee of $53.00
charged for any returned check.
```

# EXHIBIT A

## State of California
### Secretary of State

**S**

### Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**G010749**

# FILED

In the office of the Secretary of State
of the State of California

**AUG-30 2018**

| 1.   CORPORATE NAME |
|---|
| DMJJ CONSTRUCTION, INC. |

| 2.   CALIFORNIA CORPORATE NUMBER |
|---|
| C3635070 |

*This Space for Filing Use Only*

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17.**

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ | JASON DOVALINA | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |
| 8.   SECRETARY | JASON DOVALINA | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |
| 9.   CHIEF FINANCIAL OFFICER/ | JASON DOVALINA | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 10.   NAME | JASON DOVALINA | 1230 N. JEFFERSON UNIT J, ANAHEIM, CA 92807 | | | |
| 11.   NAME | | ADDRESS | CITY | STATE | ZIP CODE |
| 12.   NAME | | ADDRESS | CITY | STATE | ZIP CODE |

13.   NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 14.   NAME OF AGENT FOR SERVICE OF PROCESS | RICK R EMMETT | | | |
| 15.   STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | 300 S. HARBOR BLVD STE 1000, ANAHEIM, CA 92805 | | | |

**Type of Business**

| 16.   DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| HOME IMPROVEMENTS |

17.   BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 08/30/2018 | RACHAEL ELGAS | BOOKKEEPER | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00.
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

**FU60782**

# FILED

In the office of the Secretary of State
of the State of California

**FEB-14 2018**

| 1. CORPORATE NAME |
|---|
| DMJJ CONSTRUCTION, INC. |

| 2. CALIFORNIA CORPORATE NUMBER | |
|---|---|
| C3635070 | This Space for Filing Use Only |

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to **Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 4175 E. LA PALMA AVE, STE 108, ANAHEIM, CA 92807 | | | |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ KEVIN M SULLIVAN | 4175 E. LA PALMA, ANAHEIM, CA 92807 | | | |
| 8. SECRETARY KEVIN M SULLIVAN | 4175 E. LA PALMA AVE, STE 108, ANAHEIM, CA 92807 | | | |
| 9. CHIEF FINANCIAL OFFICER/ KEVIN M SULLIVAN | 4175 E. LA PALMA AVE, STE 108, ANAHEIM, CA 92807 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10. NAME KEVIN M SULLIVAN | 4175 E. LA PALMA AVE, STE 108, ANAHEIM, CA 92807 | | | |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| RICK R EMMETT |

| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 300 S. HARBOR BLVD, STE 1000, ANAHEIM, CA 92805 | | | |

**Type of Business**

| 16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| HOME IMPROVEMENT CONTRACTING |

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/14/2018 | KEVIN M SULLIVAN | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-200 (REV 01/2013) | Page 1 of 1 | APPROVED BY SECRETARY OF STATE |
|---|---|---|

# EXHIBIT B

 **CONTRACTORS STATE LICENSE BOARD**

## Contractor's License Detail for License # 993830

DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.

CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.

Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

Data current as of 12/26/2018 5:59:49 PM

**Business Information**

D M J C CONSTRUCTION INC
dba ADVANCED HOME ENERGY SOLUTIONS

1230 N JEFFERSON ST UNIT J
ANAHEIM, CA 92807
Business Phone Number: (949) 540-1418

Entity  Corporation
Issue Date  05/16/2014
Expire Date  06/30/2020

**License Status**

This license is current and active.

All information below should be reviewed.

**Additional Status**

PENDING DISCIPLINARY ACTION

**There is Complaint Disclosure information for this license.**

**Classifications**

B - GENERAL BUILDING CONTRACTOR

**Bonding Information**

**Contractor's Bond**

This license filed a Contractor's Bond with AMERICAN CONTRACTORS INDEMNITY COMPANY.
Bond Number: 100250144
Bond Amount: $15,000
Effective Date: 01/01/2016
Contractor's Bond History

**Bond of Qualifying Individual**

The qualifying individual KEVIN MATHIAS SULLIVAN certified that he/she owns 10 percent or more of the voting stock/membership interest of this company; therefore, the Bond of Qualifying Individual is not required.
Effective Date: 02/28/2018

**Workers' Compensation**

This license has workers compensation insurance with the NATIONAL FIRE INSURANCE COMPANY OF HARTFORD
Policy Number: 6026009912
Effective Date: 11/08/2018
Expire Date: 11/08/2019
Workers' Compensation History

**Other**

Personnel listed on this license (current or disassociated) are listed on other licenses.

Home | Online Services | License Detail | Personnel List

## Contractor's License Detail (Personnel List)

**Contractor License #** 993530
**Contractor Name** D M J J CONSTRUCTION INC

Click on the person's name to see a more detailed page of information on that person

Personnel Currently Associated with License

**Name** KEVIN MATHIAS SULLIVAN
**Title** RMO / CEO / PRES
**Association Date** 02/28/2018
**Classification** B

Personnel No Longer Associated with License

**Name** JOSEPH CHARLES KOVALCIN
**Title** RMO
**Association Date** 06/19/2014
**Disassociation Date** 02/28/2018
**Classification** B
**Name** MICHAEL PAUL LUMARY
**Title** CEO / PRESIDENT
**Association Date** 06/19/2014
**Disassociation Date** 01/01/2018

CSLB Email Login

Home | Online Services | License Detail | Salesperson List

## Contractor's License Detail (Salesperson List)

Contractor License #  993830
Contractor Name  D M J J CONSTRUCTION INC

Click on the person's name to see a more detailed page of information on that person

| | |
|---|---|
| Name | LITTLE CHRISTOPHER ROLAND |
| Registration # | 94576 SP |
| Effective Date | |
| Name | DAVIS AUSTON JACOB |
| Registration # | 97861 SP |
| Effective Date | |
| Name | URTEAGA ANDY A |
| Registration # | 76550 SP |
| Effective Date | |
| Name | ESPINOZA GARCIA MICHAEL KENNY |
| Registration # | 113729 SP |
| Effective Date | |
| Name | PEREZ CHRISTINE ANNA |
| Registration # | 80793 SP |
| Effective Date | |
| Name | VILLASENOR DANIEL |
| Registration # | 98439 SP |
| Effective Date | |
| Name | MCCARTHY KATELYN A |
| Registration # | 107406 SP |
| Effective Date | |
| Name | LUMARY CHALMER ODELL |
| Registration # | 96388 SP |
| Effective Date | |
| Name | YERKANYAN POGOS |
| Registration # | 69776 SP |
| Effective Date | |
| Name | PETERS BRIAN L |
| Registration # | 110477 SP |
| Effective Date | |

CSLB Email Login

# EXHIBIT C

License #993830   1 (949) 540-1418 (tel) (949) 540-1418



(http://www.advanceyour
home.com/)

HOME (HTTP://WWW.ADVANCEYOURHOME.COM/)

PACE (HTTP://WWW.ADVANCEYOURHOME.COM/PACE/)

PRODUCTS
(HTTP://WWW.ADVANCEYOURHOME.COM/PRODUCTS/)
▼

WHY ADVANCED
(HTTP://WWW.ADVANCEYOURHOME.COM/WHY-
ADVANCED/)

TESTIMONIALS
(HTTP://WWW.ADVANCEYOURHOME.COM/TESTIMONIALS/)

FREE QUOTE
(HTTP://WWW.ADVANCEYOURHOME.COM/QUOTE-
REQUEST/)



While energy prices continue to rise, you can turn your most valuable asset
(your home) into an energy-efficient green home. We will show you how you
can increase your homes value and lower your maintenance cost by installing
our energy-efficient products. Going green really means you are being a part of
a movement that will not only help but make an impact on our environment,
while putting money back in your pocket.

- ❯ NO charge, NO obligation estimates
- ❯ We provide high quality service
- ❯ Improve indoor comfort
- ❯ Save $$$ on energy bills

- ❯ Increase your property value
- ❯ Reduce greenhouse emission and contribute to a healthier planet
- ❯ All warranties furnished upon request
- ❯ Professional installation services



Lifetime Coating
(http://www.advanceyourhome.com/stucco-
tech-coating/)

Windows
(http://www.advanceyourhome.com/anlin-
windows/)

Heating and Air Conditioning
(http://www.advanceyourhome.com/heat-
air-conditioning/)



Owens Corning Roofs
(http://www.advanceyourhome.com/roofing/)

Drought Tolerant Turf
(http://www.advanceyourhome.com/turf/)



Vinyl Siding
(http://www.advanceyourhome.com/vinyl-
siding/)

𝐟
(https://www.facebook.com/AdvancedHomeNRG)

⬚
(https://www.instagram.com/advancedhomeenergy/)

🐦
(https://twitter.com/AdvancedHomeNRG)

# EXHIBIT D

Home > Whois History > Advanceyourhome.com

## Whois History for Advanceyourhome.com



How does this work?

### ONE-CLICK MONITORING

### Lookup Domain Ownership History

Create a Domain Monitor to monitor future changes to "advanceyourhome.com".

advanceyourhome.com        **LOOKUP**

Monitor Advanceyourhome.com

Enter a term to filter on

### Unique Records        collapse all

☐ private

**56 historical records found**

> **2017-03-21**
more | changes | screenshot

**2016**        **4 total**

**2016-11-06**
more | changes | screenshot

**2016-11-03**
more | changes | screenshot

**2016-04-20**
more | changes | screenshot

**2016-02-19**
more | changes | screenshot

**2015**        **2 total**

**2015-11-05**
more | changes | screenshot

**2015-11-03**
more | changes | screenshot

**2014**        **9 total**

**2014-11-26**
more | changes | screenshot

**2014-09-14**
more | changes | screenshot

**2014-09-11**
more | changes | screenshot

**2014-09-07**
more | changes | screenshot

**2014-08-28**
more | changes | screenshot

**2014-08-07**

scroll for more records

### Whois Record for 2017-03-21

« Previous (2016-11-06)                    Next (2018-03-31) »

**Domain:**

advanceyourhome.com

**Record Date:** 2017-03-21
**Registrar:** GODADDY.COM, LLC
**Server:** whois.godaddy.com
**Created:** 2015-11-03
**Updated:** 2016-11-04
**Expires:** 2017-11-03

**Reverse Whois:**

abuse@godaddy.com        jasonconnet@gmail.com

```
Domain Name: advanceyourhome.com
Registry Domain ID: 1975032297_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2016-11-04T10:48:16Z
Creation Date: 2015-11-03T20:53:11Z
Registrar Registration Expiration Date: 2017-11-03T20:53:11Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibit
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibite
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Dave Wyngaarden
Registrant Organization:
Registrant Street: 4155 e La Palma
Registrant City: anaheim
Registrant State/Province: California
Registrant Postal Code: 92807
Registrant Country: US
Registrant Phone: +1.7147290688
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: jasonconnet@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Dave Wyngaarden
Admin Organization:
Admin Street: 4155 e La Palma
Admin City: anaheim
Admin State/Province: California
Admin Postal Code: 92807
Admin Country: US
Admin Phone: +1.7147290688
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: jasonconnet@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Dave Wyngaarden
Tech Organization:
Tech Street: 4155 e La Palma
Tech City: anaheim
Tech State/Province: California
Tech Postal Code: 92807
Tech Country: US
Tech Phone: +1.7147290688
Tech Fax:
Tech Fax Ext:
Tech Email: jasonconnet@gmail.com
Name Server: NS51.DOMAINCONTROL.COM
Name Server: NS52.DOMAINCONTROL.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT E

**Tuesday, May 7, 2019**



Hi, this is a notification letting you know that your home qualifies for the drought tolerant TURF Program. Please respond YES to find out more information

