# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>         Plaintiff,<br><br>v.<br><br>DMJJ CONSTRUCTION, INC., a California corporation,<br><br>         Defendant. | Case No.: 19-cv-910-GPC(NLS)<br><br>**ORDER GRANTING STAY**<br><br>**[ECF No. 4.]** |

On June 26, 2019, Plaintiff Anton Ewing filed a Notice of Settlement and Motion to Stay Proceedings. (ECF No. 4.) Plaintiff advised that the parties have reached and entered into a written settlement agreement, but that the confidential terms thereof would require an additional 30 days to complete. In the meantime, Plaintiff requests a stay of the case pending settlement.

It is well-established that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). This power is "incidental to the power inherent in every court to control the disposition of the causes of action on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id.* In exercising its discretion, the court

must consider factors such as "wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation." *Colorado River Water Conserv. Dist. v. United States*, 424 U.S. 800, 817 (1976).

     A stay of these proceedings permits the parties to seek a mutually agreeable resolution of this dispute without the need for litigation. The Court concludes that a stay is warranted to control the Court's docket and conserve resources. Accordingly, the Court **ORDERS A STAY OF PROCEEDINGS** for 30 days from the entry of this Order.

Dated: June 27, 2019

Hon. Gonzalo P. Curiel
United States District Judge